JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY ALEXANDER BASS, | ) | Case No. CV 20-1081 FMO (JEMx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| RICHARD TODD BENNETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of April, 2020.


                                          /s/
                              _____
                                  Fernando M. Olguin
                              United States District Judge